IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAMELA K. NEWLIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>D. L. C., INCORPORATED, )<br>)<br>Defendant. )<br>) | Civil Action No. 6:22-cv-01178 |

## COMPLAINT

COMES NOW plaintiff Pamela K. Newlin, and for her cause of action against defendant D.L.C., Incorporated, alleges and states as follows:

1. Plaintiff is a resident and citizen of the State of Kansas.

2. Defendant is a foreign corporation transacting business in the State of Kansas.

3. Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1332 in that it involves citizens of different states and a sum in controversy in excess of $75,000.00 exclusive of interest and costs.

4. At all relevant times, on February 9, 2022 in Marion County, Kansas, an employee of defendant, Phillip Thompson was acting within the scope of his actual and apparent authority.

5. Said employee was negligent and dropped a heavy object on to Plaintiff causing her personal injury and other damages.

6. Defendant is vicariously liable for the negligence of its employee.

WHEREFORE plaintiff, Pamela K. Newlin prays for judgment against defendant, D. L. C., Incorporated. as follows:

    a.    For a sum in excess of $75,000.00;

    b.    For the costs of this action; and

    c.    For such other and further relief as the Court deems just and equitable.

s/ Timothy J. King
TIMOTHY J. KING #12225
ATTORNEY AT LAW
300 West Douglas, Suite 230
Wichita, Kansas 67202
T (316) 264-3333
F (316) 264-1305
king@tjkinglaw.com
Attorney for Plaintiff